DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
(702) 388-6336 /Fax (702) 388-6698

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:12-cr-155-JCM-RJJ |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO UNSEAL |
| | ) | CRIMINAL INDICTMENT AND |
| JON-PAUL SADAMI NATTO, and | ) | PROCEEDINGS |
| HARLAN QUESTORIA HIGA, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and respectfully moves this Court to unseal both the Criminal Indictment, as well as the entire case and proceedings in the instant matter. The Indictment was sealed due to the fact that the Defendants were not apprehended. Both Defendants have since been apprehended and have made their initial appearances in this District. As such, the need for sealing no longer exists.

DATED this 15th day of May, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

IT IS SO ORDERED.

_Amber M. Craig_

AMBER M. CRAIG
Assistant United States Attorney

_Robert J. Johnston_

UNITED STATES MAGISTRATE JUDGE
DATE: MAY 17, 2012