**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JON-PAUL SADAMI NATTO, and ) <br> HARLAN QUESTORIA HIGA, ) <br> ) <br> Defendants. ) | 2:12-CR-155-APG-(VCF) |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in:

    1)     $972 in United States Currency;

    2)     Walther PPS, 9mm handgun, serial #AC8749;

    3)     Sig Sauer, model P220, .45 caliber handgun, serial #G344535;

    4)     Springfield Armory, model XD-9, 9mm handgun, serial #USB14380;

    5)     Heckler & Koch, model HK45, .45 caliber handgun, serial #HKU-002807;

    6)     Walther PPK, model S-1, .380 caliber handgun, serial #8174BAC;

    7)     Smith and Wesson Airweight, .38 caliber handgun, serial #DBR0046;

    8)     LWRR International, M6/A3, 5.56 caliber rifle, serial #80-0060;

    9)     Norinco, Mak-90 Sporter, 7.62 caliber rifle, serial #9458024;

    10)     Norinco, Mak-90 Sporter, 7.62 caliber rifle, serial #9363156;

11) 5, 5.56mm caliber magazines;

12) 8, 7.62x39 caliber magazines;

13) 3, HK .45 caliber magazines;

14) 3, Springfield XD, 9mm magazines;

15) 4, Walther .380 caliber magazines;

16) 3, Sig Sauer, .45 caliber magazines;

17) 1, Walther 9mm magazine; and

18) any and all ammunition (all of which constitute "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the respective Preliminary Orders of Forfeiture entered in this case are null and void (ECF Nos. 50 - 51);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property does not revert to Jon-Paul Sadami Natto, Harlan Questoria Higa, and/or any person acting in concert with them and/or on their behalf; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property reverts to the State of Nevada.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 6, 2013.